874 A.2d 560

IN THE MATTER OF KIERAN P. HUGHES, AN ATTORNEY AT LAW (ATTORNEY NO. 012951985).

June 8, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–461, 04–462, and 04–463, concluding that **KIERAN P. HUGHES** of **WESTFIELD,** who was admitted to the bar of this State in 1985, should be reprimanded for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), and *RPC* 1.16(d) (failure to protect client's interests on termination of representation), and good cause appearing;

It is ORDERED that **KIERAN P. HUGHES** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.